# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-o0o-



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 0 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WAYNE THOMAS, ) <br> ) <br> Defendant. ) | Case No.: 7538305/N4 <br><br> **ORDER RESCHEDULING TRIAL** <br><br> 2:20-mj-00113-EJY |

On August 20, 2019, parties filed a Stipulation to Continue Trial (first request).

**IT IS HEREBY ORDERED** that the Bench Trial currently set for Wednesday, September 3, 2019, is **rescheduled** to **Wednesday, October 16, 2019 at 9:00 a.m.** in LV Courtroom 3D before U.S. Magistrate Judge Elayna J. Youchah.

DATED this 20th day of August 2019.

_____
ELAYNA J. YOUCHAH
United States Magistrate Judge

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  RACHEL L. KENT
   Special Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel. (702) 388-6336
5  Fax. (702) 388-6418
   Rachel.Kent@usdoj.gov
6  *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WAYNE THOMAS,

Defendant.

Case No. 7538305/N4

**STIPULATION TO CONTINUE TRIAL**
**(First Request)**

2:20-mj-113-EJY

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel L. Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Defendant, that the trial currently scheduled on August 21, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties are researching the viability of entering into a plea agreement. Said plea agreement would obviate the need for a trial in this matter. Counsel for the Defendant will need additional time to discuss the Defendant's options with him.

2. Defendant is not incarcerated and does not object to a continuance.

3. Denial of this request for a continuance of trial could would potentially prejudice both the Defendant and the Government and unnecessarily expend Court resources.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 19th day of August, 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| By /s/ Rachel L. Kent<br>RACHEL L. KENT<br>Special Assistant United States Attorney | By /s/ Katherine Tanaka<br>Katherine Tanaka<br>Assistant Federal Public Defender |