# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA



UNITED STATES OF AMERICA,

    Plaintiff,

v.

WAYNE THOMAS,

    Defendant.

Case No. N4/7538305

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

2:20-mj-00113-EJY

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Due to scheduling, defense counsel is unavailable for the currently set trial date.

2. Defense counsel is still receiving Mr. Thomas's medical records and needs time to go over them with Mr. Thomas and prepare his defense.

3. Mr. Thomas is out of custody and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the third request for a continuance of the bench trial.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, January 29, 2020, at 9:00 a.m., be vacated and continued to March 12, 2020 at the hour of 9:30 a.m.

DATED this 27 day of January 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4



RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

2:20-mj-00113-EJY

Attorney for Wayne Thomas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE THOMAS,<br><br>Defendant. | Case No. N4/7538305<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Wayne Thomas, that the bench trial currently scheduled on January 29, 2020 at 9:00 am, be vacated and continued to March 12, 2020.

This Stipulation is entered into for the following reasons:

1. Due to scheduling, defense counsel is unavailable for the currently set trial date.

2. Defense counsel is still receiving Mr. Thomas's medical records and needs time to go over them with Mr. Thomas and prepare his defense.

3. Mr. Thomas is out of custody and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(iv).

This is the third request for a continuance of the bench trial.

DATED this 24th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender<br><br>By_____<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney<br><br>By_____<br>RACHEL KENT<br>Special Assistant United States Attorney |