RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
702-388-6577 Phone
Katherine_Tanaka@fd.org

Attorney for Wayne Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>WAYNE THOMAS<br><br>         Defendant. | Case No: 2:20-mj-0113-EJY<br><br>**STIPULATION TO VACATE STATUS HEARING AND CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Special Assistant United States Attorney Rachel L. Kent, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Defender Katherine Tanaka, counsel for Wayne Thomas that the status hearing previously scheduled for June 16, 2020 at 1:30 p.m. be vacated and the case closed.

This Stipulation is entered into for the following reasons:

1. Defendant was cited for Entering Premises Under the Influence of Alcohol, in violation of 38 C.F.R. § 1.218(a)(16), Citation No. 7538305/N4.

2. On March 9, 2020, Defendant entered into a petty offense diversion agreement with the Government. The diversion agreement required Defendant to complete the following conditions: (1) complete an eight hour online alcohol treatment course; and (2) not violate any

local, state, or federal laws.  In exchange for successful completion of the conditions, the Government agreed to dismiss Citation No. 7538305/N4.

3. Defendant has successfully completed the conditions.  Defendant completed an eight hour online alcohol treatment course and has reported he has not violated any local, state, or federal laws.

4. The Government is satisfied Defendant has met the terms of the diversion agreement and will dismiss Citation No. 7538305/N4.

5. Because Defendant has successfully completed the terms of the diversion agreement, the parties request the Court vacate the status hearing and ask that the case be closed.

DATE:  June 15, 2020

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Rachel L. Kent*<br>RACHEL L. KENT<br>Special Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE THOMAS<br><br>　　　　Defendant. | Case No 2:20-mj-0113-EJY<br><br>[~~PROPOSED~~] ORDER |

**ORDER**

Based on the pending Stipulation of counsel, the Court finds Defendant has successfully completed the conditions of the diversion agreement.

IT IS THEREFORE ORDERED that Citation No. 7538305/N4 is dismissed and the case is closed.

DATED this 15th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3